# United States Court of Appeals
## For the First Circuit

No. No. 06-2254

GISSELLE RUIZ,

Plaintiff, Appellant,

v.

BALLY TOTAL FITNESS HOLDING CORP. ET AL.,

Defendants, Appellees

ERRATA SHEET

The opinion of this Court issued on July 30, 2007 is corrected as follows:

On page 13, line 14, change "statues" to "statutes"